**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **CARRINGTON MORTGAGE SERVICES, LLC,** | § | |
| *Plaintiff* | § | **MO:25-CV-00071-DC** |
| | § | |
| **v.** | § | |
| | § | |
| **AARON R. ESCAJEDA, TAYLOR M. EVERETT,  SECRETARY OF HOUSING AND URBAN DEVELOPMENT,  DOES 1 THROUGH 20, INCLUSIVE, UNITED STATES OF AMERICA.,** | § | |
| *Defendants* | § | |

## ORDER

BEFORE THE COURT is the report and recommendation of the U.S. Magistrate Judge Ronald C. Griffin[1] concerning Plaintiff Carrington Mortgage Services, LLC's Motion for Default Judgment.[2] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on February 23, 2026.[3]

28 U.S.C. § 636(b) permits a party to serve and file written objections to a magistrate judge's proposed findings or recommendations within fourteen days after being served with a copy of the report and recommendations. The Court will review *de novo* the portions of the report and recommendations objected thereto. When no objections are timely filed, the Court need only review the magistrate judge's report and recommendation for clear error.[4]

---

[1] Doc. 35.

[2] Doc. 30.

[3] Doc. 35.

[4] Fed. R. Civ. P. 72 advisory committee's note.

Because no party in this case has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** the report and recommendation of the U.S. Magistrate Judge is **ADOPTED**. Plaintiff Carrington Mortgage Services, LLC's Motion for Default Judgment is **GRANTED**.

It is so **ORDERED**.

SIGNED this 10th day of March, 2026.

DAVID  COUNTS
UNITED STATES DISTRICT JUDGE